947 F.2d 939
 Wallace (Samuel Bruce), a/k/a Samson, Reid (Daniel), a/k/a
Rastaman Rastafarian, Meyers (Nancy Marie)
v.
Fulcomer (Thomas), PA Department of Corrections, Owens
(David S.), Gearhart (David L.), Bernard (Lee T., II),
Hewitt (Lowell D.), Deramus (Erskind), Otto (Theodore G.,
III), Wolfe (William J.), S.C.I.W., English (Timothy B.),
Harris (Linda), Strawn (Counselor), Woolley (James G.), Ort
(David A.), Conrad (George H.), Domovich (A.)
 NO. 91-5535
 United States Court of Appeals,
Third Circuit.
 OCT 08, 1991
 
 Appeal From: M.D.Pa.,
 Muir, J.
 
 
 1
 AFFIRMED.